PFE/KMP June 2024
GJ#2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>EASTERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | No. |
| ) | |
| **KELVONTAE RASHAD WALLACE,** ) | |
| *also known as "Wallskreet,"* ) | |
| **Defendant** ) | |

## <u>INDICTMENT</u>

### <u>COUNT ONE</u>:
*Felon in Possession of a Firearm*
**18 U.S.C. § 922(g)(1)**

The Grand Jury charges that:

On or about the 2nd day of January 2024, in St. Clair County, within the Northern District of Alabama, the defendant,

**KELVONTAE RASHAD WALLACE,**
also known as *"Wallskreet,"*

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Century Arms 7.62x39mm pistol, and the firearm was in and affecting interstate or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1). Wallace was convicted on July 29, 2022, in the Circuit Court of Talladega County, Alabama,

1

of the offenses of **Discharging a Gun into an Occupied Building or Vehicle** and **Assault, Second Degree**, in case number DC-2022-0789, each of the said offenses being a crime punishable by imprisonment for a term exceeding one year.

## COUNT TWO:
*Possession of a Machinegun*
18 U.S.C. § 922(o)

The Grand Jury charges that:

On or about the 15th day of December 2023, in Talladega County, within the Northern District of Alabama, the defendant,

**KELVONTAE RASHAD WALLACE,**
**also known as** *"Wallskreet,"*

did knowingly possess a machinegun, that is, a Glock .45 caliber pistol modified with a machinegun conversion device designed to enable automatic fire, more commonly referred to as a "Glock switch," in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT THREE:
*Receipt or Possession of an Unregistered Firearm*
26 U.S.C. § 5861(d)

The Grand Jury further charges that:

On or about the 15th day of December 2023, in Talladega County, within the

Northern District of Alabama, the defendant,

**KELVONTAE RASHAD WALLACE,**
also known as *"Wallskreet,"*

knowingly received and possessed a firearm, that is, a Glock .45 caliber pistol modified with a machinegun conversion device designed to enable automatic fire, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d).

## COUNT FOUR:
*Felon in Possession of a Firearm*
**18 U.S.C. § 922(g)(1)**

The Grand Jury charges that:

On or about the 15th day of December 2023, in Talladega County, within the Northern District of Alabama, the defendant,

**KELVONTAE RASHAD WALLACE,**
also known as *"Wallskreet,"*

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, that is a Glock .45 caliber pistol modified with a machinegun conversion device designed to enable automatic fire and five rounds of PMC .45 caliber ammunition, and the firearm and ammunition was in and affecting interstate or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1). Wallace was convicted on July 29, 2022, in the Circuit Court of Talladega County, Alabama, of the offenses

of **Discharging a Gun into an Occupied Building or Vehicle** and **Assault, Second Degree**, in case number DC-2022-0789, each of the said offenses being a crime punishable by imprisonment for a term exceeding one year.

A TRUE BILL

*/s/ Electronic Signature*
FOREPERSON OF THE GRAND JURY

                                        PRIM F. ESCALONA
                                        United States Attorney

                                        */s/ Electronic Signature*
                                        KRISTY M. PEOPLES
                                        Assistant United States Attorney